# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

2021 ND 193

State of North Dakota,                                        Plaintiff and Appellee

v.

Randy Scott Jensen,                                        Defendant and Appellant

No. 20210098

Appeal from the District Court of Barnes County, Southeast Judicial District, the Honorable Jay A. Schmitz, Judge.

AFFIRMED.

Per Curiam.

Tonya Duffy, State's Attorney, Valley City, ND, for plaintiff and appellee; submitted on brief.

Scott O. Diamond, Fargo, ND, for defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1]   Randy Scott Jensen appeals from a criminal judgment entered upon a conditional guilty plea to charges of unlawful possession of a controlled substance, unlawful possession of drug paraphernalia, and driving under suspension. Jensen argues the court erred in denying his motion to suppress because he did not give officers consent to search his vehicle. We conclude there was sufficient competent evidence capable of supporting the court's finding that Jensen consented to the search of his vehicle. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte